1 | DAVID H. KRAMER, State Bar No. 168452
WILSON SONSINI GOODRICH & ROSATI

2 | Professional Corporation
650 Page Mill Road

3 | Palo Alto, CA  94304-1050
Phone: (650) 493-9300

4 | Fax: (650) 493-6811
Email:  dkramer@wsgr.com

5 |

CHARLES T. GRAVES, State Bar No. 197923

6 | SHELBY PASARELL TSAI, State Bar No. 220408
JOSHUA A. BASKIN, State Bar No. 294971

7 | WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

8 | One Market Street
Spear Tower, Suite 3300

9 | San Francisco, CA 94105
Phone: (415) 947-2000

10 | Fax: (415) 947-2099
Email:  tgraves@wsgr.com; stsai@wsgr.com, jbaskin@wsgr.com

11 |

*Attorneys for Defendants*

12 | GOOGLE LLC, LARRY PAGE, SERGEY
BRIN, SEBASTIAN THRUN, and ERIC

13 | "ASTRO" TELLER

14 | UNITED STATES DISTRICT COURT

15 | NORTHERN DISTRICT OF CALIFORNIA

16 | SAN JOSE DIVISION

17 |

18 | ELI ATTIA, AND ELI ATTIA ARCHITECT
PC.,

19 |

Plaintiffs,

20 |

v.

21 |

GOOGLE LLC, FLUX DATA INC., LARRY

22 | PAGE, SERGEY BRIN, SEBASTIAN
THRUN, ERIC "ASTRO" TELLER,

23 | MICHELLE KAUFMANN, JENNIFER
CARLILE, AUGUSTO ROMAN, NICHOLAS

24 | CHIM, AND DOES 1-100,

25 | Defendants.

26 |

27 |

28 |

CASE NO.:  5:17-cv-6037-BLF

**STIPULATION EXTENDING
TIME TO RESPOND TO FOURTH
AMENDED COMPLAINT**

Civil Local Rule 6-1(a)

Honorable Beth Labson Freeman

STIPULATION EXTENDING TIME TO RESPOND TO
FOURTH AMENDED COMPLAINT

Case No. 5:17-cv-6037-BLF

1    IT IS HEREBY STIPULATED AND AGREED by and between counsel for Defendants

2   Google LLC, Flux Data Inc., Larry Page, Sergey Brin, Sebastian Thrun, Eric "Astro" Teller,

3   Michelle Kaufmann, Jennifer Carlile, Augusto Roman, and Nicholas Chim ("Defendants") and

4   Plaintiffs Eli Attia and Eli Attia Architect PC that Defendants' time to respond to Plaintiffs'

5   Fourth Amended Complaint shall be and hereby is extended by 21 days, to and including

6   November 20, 2017.

7   Dated: October 24, 2017                  WILSON SONSINI GOODRICH & ROSATI
                                             Professional Corporation
8
                                             By:    /s/ Charles T. Graves
9                                                   Charles T. Graves

10                                           *Attorneys for Defendants*
                                             GOOGLE LLC, LARRY PAGE, SERGEY BRIN,
11                                           SEBASTIAN THRUN, and ERIC "ASTRO"
                                             TELLER
12

13  Dated:  October 24, 2017                 BUETHER JOE & CARPENTER, LLC

14

15                                           By:    /s/ Eric W. Buether
                                                         Eric W. Buether
16
                                             *Attorneys for Plaintiffs*
17                                           ELI ATTIA and ELI ATTIA ARCHITECT PC

18

19  Dated: October 24, 2017                  TURNER BOYD LLP

20                                           By:    /s/ Robert J. Kent
                                                    Robert J. Kent
21
                                             *Attorneys for Defendants*
22                                           FLUX DATA INC., MICHELLE KAUFMAN,
                                             JENNIFER CARLILE, AUGUSTO ROMAN, and
23                                           NICHOLAS CHIM

24                              **SIGNATURE ATTESTATION**

25      I hereby attest that the other signatory listed, and on whose behalf the filing is submitted,

26  concurs in the filing's content and has authorized the filing of this e-filed document.

27
                                             By:    /s/ Charles T. Graves
28                                                  Charles T. Graves

STIPULATION EXTENDING TIME TO RESPOND TO          -1-                    Case No. 5:17-cv-6037-BLF
FOURTH AMENDED COMPLAINT