# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ELI ATTIA, ET AL., <br> Plaintiffs, <br> v. <br> GOOGLE LLC, et al., <br> Defendants. | Case No. 17-cv-06037-BLF <br><br> **ORDER STRIKING FIFTH AMENDED COMPLAINT** <br><br> [Re: ECF 102] |

The Court has reviewed Defendants' Objections to Plaintiffs' filing of the Fifth Amended Complaint as well as Plaintiffs' response to those objections. ECF 104, 105. The Court hereby STRIKES Plaintiffs' Fifth Amended Complaint for failure to seek leave of Court. ECF 102.

The Court stated at the hearing on Defendants' pending motions to dismiss and the Case Management Conference in this matter that it had not yet determined whether it would allow amendment of Plaintiffs' federal RICO claims in light of Defendants' potentially dispositive standing arguments. However, the Court understands Plaintiffs' confusion regarding the deadlines in the Case Management Order and hereby sua sponte EXTENDS the last day to amend the pleadings under Rule 15 to 60 days after the Court issues its Order on Defendants' motions to dismiss, unless the case is remanded.

**IT IS SO ORDERED.**

Dated: May 16, 2018

_____
BETH LABSON FREEMAN
United States District Judge