# EXHIBIT A

1    BUETHER JOE & CARPENTER, LLC
    ERIC W. BUETHER *(Pro Hac Vice Admitted)*
2    Eric.Buether@BJCIPLaw.com
    CHRISTOPHER M. JOE *(Pro Hac Vice Admitted)*
3    Chris.Joe@BJCIPLaw.com
    BRIAN A. CARPENTER (CA SBN 262349)
4    Brian.Carpenter@BJCIPLaw.com
    NIKY BUKOVCAN *(Pro Hac Vice Admitted)*
5    Niky.Bukovcan@BJCIPLaw.com
    MICHAEL D. RICKETTS *(Pro Hac Vice Admitted)*
6    Mickey.Ricketts@BJCIPLaw.com
    1700 Pacific Avenue, Suite 4750
7    Dallas, Texas 75201
    Telephone: (214) 466-1272
8    Facsimile: (214) 635-1828

9    *Attorneys for Plaintiffs*
    ELI ATTIA AND ELI ATTIA ARCHITECT PC

10   FUTTERMAN DUPREE DODD CROLEY MAIER LLP
    JAMIE L. DUPREE (158105)
11   180 Sansome Street, 17th Floor
    San Francisco, California 94104
12   Telephone: (415) 399-3840
    Facsimile: (415) 399-3838
13   jdupree@fddcm.com

14   *Local Counsel for Plaintiffs*
    ELI ATTIA AND ELI ATTIA ARCHITECT PC

15        **SUPERIOR COURT FOR THE STATE OF CALIFORNIA**
          **FOR THE COUNTY OF SANTA CLARA**

| | |
|---|---|
| 16   ELI ATTIA, AND ELI ATTIA ARCHITECT PC, | Case No. 1:14-cv-274103 |
| 17          Plaintiffs, | |
| 18          v. | **PLAINTIFF ELI ATTIA'S** |
|     GOOGLE, INC., FLUX FACTORY, INC., | **RESPONSES AND OBJECTIONS TO** |
|     LARRY PAGE, SERGEY BRIN, SEBASTIAN | **DEFENDANT GOOGLE INC.'S FIRST** |
| 19   THRUN, ERIC "ASTRO" TELLER, MICHELLE | **SET OF REQUESTS FOR** |
|     KAUFMANN, JENNIFER CARLILE, | **PRODUCTION (NOS. 1-89)** |
| 20   AUGUSTO ROMAN, NICHOLAS CHIM, AND | |
|     DOES 1-100, | |
| 21          Defendants. | Dept.: 1 |
|   | Hearing Judge: Hon. Peter H. Kirwan |
| 22 | Trial Date: None set |

23

24

25

1  DODD CROLEY MAIER LLP at 180 Sansome Street, 17th Floor San Francisco , California

2  94104 on or after the date set for inspection and/or copying.

3  **REQUEST FOR PRODUCTION NO. 80:**

   All DOCUMENTS and THINGS related to any time YOU filed for bankruptcy.

4  **RESPONSE:**

5  Plaintiff objects to this request as Plaintiff's bankruptcy is not relevant to any of the

6  claims of defenses in this lawsuit and is not reasonably calculated to lead to the discovery of

7  admissible evidence.

8  Plaintiff is unable to comply with this request but is willing to meet and confer to discuss

9  the relevance of the request.

   **REQUEST FOR PRODUCTION NO. 81:**

10  All DOCUMENTS and THINGS related to any outstanding tax liens against YOU.

11  **RESPONSE:**

12  Plaintiff objects to this request as Plaintiff's outstanding tax liens are not relevant to any

13  of the claims of defenses in this lawsuit and is not reasonably calculated to lead to the discovery

14  of admissible evidence.

15  Plaintiff is unable to comply with this request but is willing to meet and confer to discuss

16  the relevance of the request.

17  **REQUEST FOR PRODUCTION NO. 82:**

   All DOCUMENTS sufficient to show the amounts of all outstanding judgments, liens, or

18  other debts outstanding against YOU.

19  **RESPONSE:**

20  Plaintiff objects to this request as Plaintiff's outstanding tax liens, judgments, and/or

21  debts are not relevant to any of the claims of defenses in this lawsuit and is not reasonably

22  calculated to lead to the discovery of admissible evidence.

23  Plaintiff is unable to comply with this request but is willing to meet and confer to discuss

   the relevance of the request.

24

25

26

**REQUEST FOR PRODUCTION NO. 83:**

All DOCUMENTS sufficient to show YOUR financial condition, including assets and debts, as of January 1, 2011.

**RESPONSE:**

Plaintiff objects to this request as Plaintiff's financial conditions is not relevant to any of the claims of defenses in this lawsuit and is not reasonably calculated to lead to the discovery of admissible evidence.

Plaintiff is unable to comply with this request but is willing to meet and confer to discuss the relevance of the request.

**REQUEST FOR PRODUCTION NO. 84:**

All DOCUMENTS sufficient to show all payments made to YOU since your inception.

**RESPONSE:**

Plaintiff objects to this request to the extent it seeks "*all* documents sufficient to show *all* payments*" as overly broad and unduly burdensome as the request is not limited in time, the scope of this lawsuit, or specify whom the payments are made by. Plaintiff further objects to this request as it does not describe with reasonable particularity each item or category of items to be inspected. Plaintiff further objects that this request seeks documents of payments to plaintiff made by parties and concerning subjects that are not relevant and not reasonably calculated to lead to the discovery of admissible evidence. Plaintiff further objects to this request as vague and ambiguous with regard to the phrase "since your inception" when directed toward an individual person.

Plaintiff will not comply with this request, but is willing to meet and confer to discuss the scope and relevance of this request.

**REQUEST FOR PRODUCTION NO. 85:**

All DOCUMENTS and THINGS you will or may use as evidence at trial in this matter.

**RESPONSE:**

Plaintiff objects to this request as it encompasses documents that are protected under the attorney work-product doctrine.

1   Dated:  June 12, 2017

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                                 BUETHER JOE & CARPENTER, LLC

/s/ *Eric W. Buether*

Eric W. Buether
Christopher M. Joe
Brian A. Carpenter
Niky Bukovcan
Michael D. Ricketts
1700 Pacific Avenue, Suite 4750
Dallas, TX  75201
(214) 466-1271
(214) 635-1827 – Fax

Jamie L. Dupree (#158105)
**FUTTERMAN DUPREE DODD CROLEY MAIER LLP**
180 Sansome Street, 17th Floor
San Francisco, CA  94104
(415) 399-3840
(415) 399-3838 – Fax

**Attorneys for Plaintiffs
Eli Attia and Eli Attia Architect PC**

1  BUETHER JOE & CARPENTER, LLC
   ERIC W. BUETHER *(Pro Hac Vice Admitted)*
2  Eric.Buether@BJCIPLaw.com
   CHRISTOPHER M. JOE *(Pro Hac Vice Admitted)*
3  Chris.Joe@BJCIPLaw.com
   BRIAN A. CARPENTER (CA SBN 262349)
4  Brian.Carpenter@BJCIPLaw.com
   NIKY BUKOVCAN *(Pro Hac Vice Admitted)*
5  Niky.Bukovcan@BJCIPLaw.com
   MICHAEL D. RICKETTS *(Pro Hac Vice Admitted)*
6  Mickey.Ricketts@BJCIPLaw.com
   1700 Pacific Avenue, Suite 4750
7  Dallas, Texas 75201
   Telephone:  (214) 466-1272
8  Facsimile:  (214) 635-1828

9  *Attorneys for Plaintiffs*
   ELI ATTIA AND ELI ATTIA ARCHITECT PC

10 FUTTERMAN DUPREE DODD CROLEY MAIER LLP
   JAMIE L. DUPREE (158105)
11 180 Sansome Street, 17th Floor
   San Francisco, California 94104
12 Telephone:  (415) 399-3840
   Facsimile:  (415) 399-3838
13 jdupree@fddcm.com

14 *Local Counsel for Plaintiffs*
   ELI ATTIA AND ELI ATTIA ARCHITECT PC

15       **SUPERIOR COURT FOR THE STATE OF CALIFORNIA**
              **FOR THE COUNTY OF SANTA CLARA**

16 ELI ATTIA, AND ELI ATTIA ARCHITECT PC,        Case No. 1:14-cv-274103

17              Plaintiffs,

18       v.                                              **PLAINTIFF ELI ATTIA ARCHITECT
                                                         PC'S RESPONSES AND OBJECTIONS**
   GOOGLE, INC., FLUX FACTORY, INC.,             **TO DEFENDANT GOOGLE INC.'S**
19 LARRY PAGE, SERGEY BRIN, SEBASTIAN            **FIRST SET OF REQUESTS FOR**
   THRUN, ERIC "ASTRO" TELLER, MICHELLE          **PRODUCTION (NOS. 1-89)**
   KAUFMANN, JENNIFER CARLILE,
20 AUGUSTO ROMAN, NICHOLAS CHIM, AND
   DOES 1-100,
21              Defendants.                        Dept.:   1
                                                  Hearing Judge:   Hon. Peter H. Kirwan
22                                                Trial Date:      None set

23

24

25

26 PLAINTIFF ELI ATTIA ARCHITECT PC'S RESPONSES AND OBJECTIONS TO DEFENDANT GOOGLE INC.'S FIRST SET OF
   REQUESTS FOR PRODUCTION (NOS. 1-89) – CASE NO. 1-14-cv-274103

1  to the 927 Industrial Avenue, Palo Alto, CA 94303 property. It is unclear at this time to Plaintiff

2  how this property is relevant to the claims or defenses in this action, and furthermore how *all*

3  agreements to that property, such as utility bills, internet bills, or leases are relevant to the claims

4  or defenses live in this suit.

   Plaintiff is unable to comply with this request, but is willing to meet and confer to narrow

5  the scope and discuss the relevance of this request.

6

7  **REQUEST FOR PRODUCTION NO. 80:**

8  All agreements between YOU and Peter A. Marchetto, Mike Riddle, Jerry Wind, Richard

9  Meier, AECOM, ARUP, Trammell Crow Company, CBRE, Joshua L. Green, Gensler, Hines,

   KPF, Perkins Eastman, Turner Construction or CBM Engineering.

10 **RESPONSE:**

11 Plaintiff objects to this request in seeking "*all* agreements" in that it is overly broad and

12 unduly burdensome in that it is not limited in time or scope to the claims or defenses present in

13 this lawsuit.

14 Plaintiff will comply with this particular demand for inspection and/or copying of

15 documents and things, by producing agreements that are relevant to the scope of this lawsuit, by

16 making them available for inspection and/or copying at the offices of FUTTERMAN DUPREE

   DODD CROLEY MAIER LLP at 180 Sansome Street, 17th Floor San Francisco , California

17 94104 on or after the date set for inspection and/or copying.

18 **REQUEST FOR PRODUCTION NO. 81:**

19 All DOCUMENTS and THINGS related to any time YOU filed for bankruptcy.

20 **RESPONSE:**

21 Plaintiff objects to this request as Plaintiff's bankruptcy is not relevant to any of the

22 claims of defenses in this lawsuit and is not reasonably calculated to lead to the discovery of

23 admissible evidence.

   Plaintiff is unable to comply with this request but is willing to meet and confer to discuss

24 the relevance of the request.

25

26

**REQUEST FOR PRODUCTION NO. 82:**

All DOCUMENTS and THINGS related to any outstanding tax liens against YOU.

**RESPONSE:**

Plaintiff objects to this request as Plaintiff's outstanding tax liens are not relevant to any of the claims of defenses in this lawsuit and is not reasonably calculated to lead to the discovery of admissible evidence.

Plaintiff is unable to comply with this request but is willing to meet and confer to discuss the relevance of the request.

**REQUEST FOR PRODUCTION NO. 83:**

All DOCUMENTS sufficient to show the amounts of all outstanding judgments, liens, or other debts outstanding against YOU.

**RESPONSE:**

Plaintiff objects to this request as Plaintiff's outstanding tax liens, judgments, and/or debts are not relevant to any of the claims of defenses in this lawsuit and is not reasonably calculated to lead to the discovery of admissible evidence.

Plaintiff is unable to comply with this request but is willing to meet and confer to discuss the relevance of the request.

**REQUEST FOR PRODUCTION NO. 84:**

All DOCUMENTS sufficient to show YOUR financial condition, including assets and debts, as of January 1, 2011.

**RESPONSE:**

Plaintiff objects to this request as Plaintiff's financial conditions is not relevant to any of the claims of defenses in this lawsuit and is not reasonably calculated to lead to the discovery of admissible evidence.

Plaintiff is unable to comply with this request but is willing to meet and confer to discuss the relevance of the request.

**REQUEST FOR PRODUCTION NO. 85:**

All DOCUMENTS sufficient to show all payments made to YOU since your inception.

1    Dated:  June 12, 2017                    **BUETHER JOE & CARPENTER, LLC**

2                                             /s/   _Eric W. Buether_

3                                             Eric W. Buether
                                              Christopher M. Joe
4                                             Brian A. Carpenter
                                              Niky Bukovcan
5                                             Michael D. Ricketts
                                              1700 Pacific Avenue, Suite 4750
6                                             Dallas, TX  75201
                                              (214) 466-1271
7                                             (214) 635-1827 – Fax

8
                                              Jamie L. Dupree (#158105)
9                                             **FUTTERMAN DUPREE DODD CROLEY MAIER LLP**
                                              180 Sansome Street, 17th Floor
10                                            San Francisco, CA  94104
                                              (415) 399-3840
11                                            (415) 399-3838 – Fax

12
                                              **Attorneys for Plaintiffs**
13                                            **Eli Attia and Eli Attia Architect PC**

14

15

16

17

18

19

20

21

22

23

24

25                                                         49

26