| | |
|---|---|
| ERIC W. BUETHER (*pro hac vice* admitted)<br>CHRISTOPHER M. JOE (*pro hac vice* admitted)<br>KENNETH P. KULA (*pro hac vice* admitted)<br>BLAKE BUETHER (*pro hac vice* admitted)<br>BUETHER JOE & CARPENTER, LLC<br>1700 Pacific, Suite 4750, Dallas, TX 75201<br>Telephone:     (214) 466-1270<br>Facsimile:      (214) 635-1842<br>Email:            Eric.Buether@BJCIPLaw.com<br>                     Chris.Joe@BJCIPLaw.com<br>                     Ken.Kula@BJCIPLaw.com<br>                     Blake.Buether@BJCIPLaw.com | JAMES W. CHRISTIAN (*pro hac vice* admitted)<br>CHRISTIAN, SMITH & JEWELL, LLP<br>2302 Fannin, Suite 500<br>Houston, Texas  77002<br>Telephone:     (713) 659-7617<br>Facsimile:      (713) 659-7641<br>Email:            JChristian@CSJ-Law.com |
| *Attorneys for Plaintiffs*<br>ELI ATTIA & ELI ATTIA ARCHITECT PC | *Attorney for Plaintiffs*<br>ELI ATTIA & ELI ATTIA ARCHITECT PC |
| JAMIE L. DUPREE (158105)<br>FUTTERMAN DUPREE DODD CROLEY MAIER LLP<br>180 Sansome Street, 17th Floor<br>San Francisco, California 94104<br>Telephone:     (415) 399-3840<br>Facsimile:      (415) 399-3838<br>Email:            jdupree@fddcm.com | PROFESSOR G. ROBERT BLAKEY*<br>(*pro hac vice* admitted)<br>Notre Dame Law School<br>7002 East San Miguel Avenue<br>Paradise Valley, AZ  85325<br>Telephone:     (574) 514-8220<br>*Of Counsel*  *For identification purposes only |
| *Local Counsel for Plaintiffs*<br>ELI ATTIA AND ELI ATTIA ARCHITECT PC | [Other parties noted on signature] |

[STAMP: DENIED / Judge Beth Labson Freeman / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Eli Attia and Eli Attia Architect PC,<br><br>    Plaintiffs,<br><br>    v.<br><br>Google, Inc., Flux Factory, Inc., Larry Page, Sergey Brin, Sebastian Thrun, Eric "Astro" Teller, Michelle Kaufmann, Jennifer Carlile, Augusto Roman, Nicholas Chim, and DOES 1-100,<br><br>    Defendants. | Case No.  5:17-cv-06037-BLF<br><br>Honorable Beth Labson Freeman<br><br>**STIPULATION FOR ENTRY OF ORDER OF DISMISSAL** |

1

STIPULATION FOR ENTRY OF ORDER OF DISMISSAL
CASE NO. 1-14-cv-274103

Plaintiffs Eli Attia ("Mr. Attia") and Eli Attia Architect PC ("Attia PC") (collectively, "Plaintiffs") hereby stipulate to the entry of the attached Stipulated Order of Dismissal as follows.

1. This is an action brought by Eli Attia and Eli Attia Architect PC ("Plaintiffs") against Google, Inc., Flux Factory, Inc., Larry Page, Sergey Brin, Sebastian Thrun, Eric "Astro" Teller, Michelle Kaufmann, Jennifer Carlile, Augusto Roman, Nicholas Chim, and DOES 1-100 (collectively "Defendants").  Plaintiffs are asserted asserting (1) a state law claim for breach of contract against Google, (2) a state law claim for misappropriation of trade secrets against all Defendants, (3) a claim for theft of trade secrets under the Defend Trade Secrets Act, 18 U.S.C. § 1836(b)(1) ("DTSA") against Defendants Google and Flux, and (4) a claim under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1961, *et. seq*.  Defendant Google has asserted state law based counterclaims against Plaintiffs.  None of the Defendants have asserted counterclaims against the Plaintiffs under any federal law.

2. This Court has original subject matter jurisdiction over the claims based on the DTSA and RICO based upon 28 U.S.C. § 1332, and supplemental jurisdiction over the state law claims and counterclaims under 28 U.S.C. § 1367(c).

4. On June 13, 2018, the Court issued its Order (1) Granting with Leave to Amend Defendants' Motions to Dismiss RICO Claims in the Fourth Amended Complaint and (2) Denying Plaintiffs' Partial Motion to Remand (the "Motion to Dismiss Order").

5. Pursuant to the Court's Motion to Dismiss Order, Plaintiffs have filed a Fifth Amended Complaint revising certain allegations in response to the Court's statements at the March 8, 2018, hearing on Defendants' Motions to Dismiss and the Court's Motion to Dismiss Order.

6. In view of the Court's Motion to Dismiss Order and for purposes of this stipulation and any resulting appeal only, Plaintiffs stipulate that, under the Court's Motion to Dismiss Order, Plaintiffs cannot prevail on their claims against Defendants Google and Flux in the Fifth Amended

Complaint under the DTSA and RICO.  Therefore, Plaintiffs stipulate and agree to the entry this stipulated order of dismissal for the purpose of enabling them to appeal the dismissal of those claims as stated in the Court's Motion to Dismiss Order.  In view of this stipulation, Plaintiffs' claims against Defendants Google and Flux in the Fifth Amended Complaint under the DTSA and RICO should be dismissed with prejudice and their state law claims against Defendants and the state law counterclaims of Defendant Google against them are remanded to the state court for lack of subject matter jurisdiction.

7.     This stipulated order of dismissal is without prejudice to Plaintiffs' ability to appeal the Court's Motion to Dismiss Order and the order dismissing with prejudice Plaintiffs' claims under the DTSA and RICO based in whole or in part on that order.  Moreover, if the Court's Motion to Dismiss Order is not affirmed on any appeal and this matter is remanded, the parties shall have all rights to pursue any claims or defenses they could have asserted had they not entered into the stipulation.

Dated: August 13, 2018

        **BUETHER JOE & CARPENTER, LLC**

        */s/ Eric W. Buether*
        Eric W. Buether
        Christopher M. Joe
        Kenneth P. Kula
        Blake W. Buether
        1700 Pacific Avenue, Suite 4750
        Dallas, TX 75201
        (214) 466-1271
        (214) 635-1827 – Fax

        Jamie L. Dupree (#158105)
        **FUTTERMAN DUPREE DODD CROLEY MAIER LLP**
        180 Sansome Street, 17th Floor
        San Francisco, CA 94104
        (415) 399-3840
        (415) 399-3838 – Fax

        James W. Christian
        **CHRISTIAN, SMITH & JEWELL, LLP**
        2302 Fannin, Suite 500
        Houston, Texas 77002
        (713) 659-7617
        (713) 659-7641 – Fax

        Professor G. Robert Blakey Emeritus*
        Notre Dame Law School
        7002 East San Miguel Ave.
        Paradise Valley, AZ 85325
        D.C. Bar 424899
        Tele. 574-514-8220
        *Of Counsel*

        * For identification purposes only.

        **ATTORNEYS FOR PLAINTIFFS**
        **ELI ATTIA AND ELI ATTIA ARCHITECT PC**