UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

www.cand.uscourts.gov

Susan Y. Soong  
Clerk of Court

General Court Number
408-535-5363

March 19, 2019

Santa Clara County Superior Court
191 N. First Street
San Jose, CA 95113

RE: Eli Attia, et al. v. Google LLC, et al.
    17-cv-06037-BLF

Your Case Number: 114cv274103

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

☒ Certified original and one copy of this letter

☒ Certified copy of docket entries

☒ Certified copy of Remand Order

☐ Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Susan Y. Soong, Clerk

*Susie F. Barrera*

by: Susie F. Barrera
Case Systems Administrator
408-535-5382

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.

ATTEST:
SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California

by: *Susie F. Barrera*
Deputy Clerk
Date: 3/19/2019