1  ERIC W. BUETHER (*pro hac vice* admitted)
   CHRISTOPHER M. JOE (*pro hac vice* admitted)
2  KENNETH P. KULA (*pro hac vice* admitted)
   BLAKE W. BUETHER (*pro hac vice* admitted)
3  BUETHER JOE & CARPENTER, LLC
   1700 Pacific, Suite 4750, Dallas, TX 75201
4  Telephone:     (214) 466-1270
   Facsimile:     (214) 635-1842
5  Email:         Eric.Buether@BJCIPLaw.com
                  Chris.Joe@BJCIPLaw.com
6                 Ken.Kula@BJCIPLaw.com
                  Blake.Buether@BJCIPLaw.com

*Attorneys for Plaintiffs*
ELI ATTIA & ELI ATTIA ARCHITECT PC

JAMIE L. DUPREE (158105)
FUTTERMAN DUPREE DODD CROLEY MAIER LLP
180 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone:     (415) 399-3840
Facsimile:     (415) 399-3838
Email:         jdupree@fddcm.com

*Local Counsel for Plaintiffs*
ELI ATTIA AND ELI ATTIA ARCHITECT PC

CHRISTIAN, SMITH & JEWELL, LLP
JAMES W. CHRISTIAN
(*pro hac vice* admitted)
2302 Fannin, Suite 500
Houston, Texas  77002
Telephone:     (713) 659-7617
Facsimile:     (713) 659-7641
Email:         JChristian@CSJ-Law.com

*Attorneys for Plaintiffs*
ELI ATTIA & ELI ATTIA ARCHITECT PC

Professor G. Robert Blakey Emeritus*
(*pro hac vice* admitted)
Notre Dame Law School
7002 East San Miguel Avenue
Paradise Valley, AZ  85325
Telephone:     (574) 514-8220
*Of Counsel,* *For identification purposes only

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELI ATTIA AND ELI ATTIA ARCHITECT PC,<br><br>        Plaintiffs,<br><br>        v.<br><br>GOOGLE LLC, FLUX FACTORY, INC., LARRY PAGE, SERGEY BRIN, SEBASTIAN THRUN, ERIC "ASTRO" TELLER, MICHELLE KAUFMANN, JENNIFER CARLILE, AUGUSTO ROMAN, NICHOLAS CHIM, AND DOES 1-100,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:17-cv-06037-BLF<br><br>**NOTICE OF APPEAL**<br><br>(Removed from the Superior Court of the County of Santa Clara, California, Case No. 2014-1-cv-274103)<br><br>State Action Filed: December 5, 2014 |

NOTICE IS HEREBY GIVEN that Plaintiffs ELI ATTIA and ELI ATTIA ARCHITECT PC appeal to the United States Court of Appeals for the Ninth Circuit from this Court's March 19, 2019 Order Granting Motion to Dismiss Federal Claims With Prejudice; Declining to Exercise Supplemental Jurisdiction; Remanding Action (ECF No. 150).  Specifically, Plaintiffs appeal the March 19, 2019 Order granting Defendants' motion to dismiss Plaintiffs' federal claims with prejudice.  A true and correct copy of the March 19, 2019 Order is attached hereto as Exhibit A.  Further, pursuant to Circuit Rule 3-2, a Representation Statement is attached hereto as Exhibit B.

Dated: April 16, 2019     **BUETHER JOE & CARPENTER, LLC**

*/s/ Eric W. Buether*
Eric W. Buether (*pro hac vice* admitted)
Christopher M. Joe (*pro hac vice* admitted)
Kenneth P. Kula (*pro hac vice* admitted)
Blake W. Buether (*pro hac vice* admitted)
1700 Pacific Avenue, Suite 4750
Dallas, TX  75201
(214) 466-1274
(214) 635-2992 – Fax

Jamie L. Dupree (#158105)
**FUTTERMAN DUPREE DODD CROLEY MAIER LLP**
601 Montgomery Street, Suite 333
San Francisco, California 94111
(415) 399-3840
(415) 399-3838 – Fax

James W. Christian (*pro hac vice* admitted)
**CHRISTIAN, SMITH & JEWELL, LLP**
2302 Fannin, Suite 500
Houston, Texas  77002
Telephone:  (713) 659-7617
Facsimile:  (713) 659-7641

Professor G. Robert Blakey Emeritus*
(*pro hac vice* admitted)
Notre Dame Law School
7002 East San Miguel Avenue
Paradise Valley, AZ  85325
Telephone:  (574) 514-8220
*Of Counsel,* *For identification purposes only

**Attorneys for Plaintiffs**
**Eli Attia and Eli Attia Architect PC**